April 19, 2020

Rev. Audrey Burrus
█████████
Verona, PA

Judge Nora Barry Fischer
United States Senior District Judge
Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219

Dear Judge Fischer:

I want to thank you for the concern and fairness that was shown Christian Burrus, my son, during the proceedings in your court. Christian's trial was compassionately finalized Feb. 21, 2020.

I obtained a comfortable chair, cute stationary in preparation for writing long letters to encourage Christian as he completed his sentence. Also, I explained to his children, as they longed for their dad, that their father would be home, before long. Then, COVID-19.

April 10, 2020 Christian received a mask and a letter stating that a guard, at his facility had tested positive for the coronavirus. I could only think about Christian's four young children if he succumbed to COVID-19, after learning another Federal Facility in Ohio had four coronavirus deaths and seventeen hospitalizations.

Judge Fischer, statistical data states "the recovery for Black men with the coronavirus and underlying conditions are poor." Christian has two under lying conditions, Diabetes and High Blood Pressure.

Christian was scheduled to be moved in thirty days to the prison designated for him. He has since been told, and it was stated on the national news media, that due to the coronavirus, there is no movement and no visitations amidst Federal Prisons. He is serving his time walking the yard and watching television.

Unfortunately, Judge Fischer, the Federal Bureau of Prisons is "demonstrably incapable of safeguarding and treating the Bureau of Prison inmates who are obliged to live in close quarters and are at an enhanced risk of catching the virus."

It is my understanding that the Bureau of Prison's inmates, with non-violent offenses, can be given "home confinement" by the courts sentencing Judge upon serving half their sentence.

Christian is not a violent man and he is a few months away from completing half of his sentence. The thought of forty-eight months turning into a death sentence is unbearable for this family.

He has the support of family and friends as well as a Christian community. There will be Clinical Therapists visiting the home to complete Behavior Modification, sessions and his Uncle, Alvin Scott, who retired April 1, 2020 have re-stated how he would support Christian's reintegration into society.

Therefore, I humbly and prayerfully beseech your courts aid for a "Compassionate relief" to home detention for Christian Burrus.


Sincerely,
Rev. Audrey Burrus


CC:   Attorney for Christian Burrus
      S. Wesley Gorman

      Assistant United States Attorney
      Christy C. Wiegand